## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

### J. OZUR V. COMMONWEALTH.

March 16, 1922.

Absent, West, J.

INTOXICATING LIQUORS—*Storing Liquors—Sufficiency of Evidence.*—
    Accused was found guilty of storing intoxicating liquors for
    sale. Evidence for the Commonwealth showed that one gallon
    of whiskey was found in the store of accused, concealed under
    the counter, with a glass having the odor of whiskey, indicating
    recent use. Two and one-half gallons more of whiskey were
    found in a warehouse on the same premises.
    *Held:* That there was sufficient evidence to sustain the verdict of
    the jury.

Error to a judgment of the Hustings Court of the city
of Portsmouth.

·  *Affirmed.*

The opinion states the case.

*S. M. Brandt* and *H. A. Sacks,* for the plaintiff in error.

*John R. Saunders, Attorney General; J. D. Hank, Jr.,
Assistant Attorney General,* and *Leon M. Bazile, Second
Assistant Attorney General,* for the Commonwealth.

PRENTIS, J., delivered the opinion of the court.

The accused has been found guilty of storing intoxicat-
ing liquor for sale.

He assigns as error the refusal of the court to set aside
the verdict as based upon insufficient evidence.

49

It is unnecessary to say more than that the testimony introduced for the Commonwealth shows that one gallon of whiskey was found in his store, concealed under the counter, with a glass having the odor of whiskey and indicating recent use, either on the counter or under it, and two and one-half gallons more in a warehouse on the same premises, which were controlled by him as a tenant.

It is unnecessary to recite the evidence in detail, but our judgment is that the jury were justified in discrediting his attempts to relieve himself of the presumption of guilt arising out of these facts, and therefore the judgment is affirmed.

*Affirmed.*